# United States Court of Appeals
## For the First Circuit

No. 11-2167

JOSE ARTURO PERLERA-SOLA,

Petitioner,

v.

ERIC H. HOLDER,JR., ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on November 9, 2012 is corrected as follows:

On p.7, l.6 "respondent's" should be "petitioner's"